# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

RALPH LEE, JEORGE IRIZARRY, SHARON MONTMIMY, and BEN NEWMAN, individually and on behalf of all others similarly situated,

    *Plaintiffs*,

v.

BRANCH BANKING & TRUST COMPANY

    *Defendant*. /

Case No. 1:18-cv-21876-RNS

## STIPULATION OF DISMISSAL

THE PARTIES HEREBY STIPULATE, that the claims of all Plaintiffs shall be voluntarily dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: March 25, 2019

| | |
|---|---|
| /s/ Jarrett L. Ellzey<br>W. Craft Hughes (pro hac vice)<br>Jarrett L. Ellzey (pro hac vice)<br>HUGHES ELLZEY, LLP<br>2700 Post Oak Blvd., Suite 1120<br>Houston, TX 77056<br>Phone (713) 322-6387<br>Facsimile (888) 995-3335<br><br>Raymond R. Dieppa, Esq.<br>Florida Bar No. 27690<br>FLORIDA LEGAL, LLC<br>14 Northeast First Avenue, Suite 1001<br>Miami, FL 33132<br>Phone (305) 901-2209<br>Facsimile (786) 870-4030<br><br>*Counsel for Plaintiff and the Proposed Class* | /s/David S. Hendrix<br>David S. Hendrix, Esq.<br>Florida Bar No. 827053<br>David.Hendrix@gray-robinson.com<br>GRAY ROBINSON, P.A.<br>401 East Jackson Street<br>Suite 2700<br>Tampa, Florida 33602<br>(813) 273-5000/(813) 273-5145 (fax)<br>*Attorneys for BB&T* |