United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ralph Lee, and others, Plaintiffs, | )<br>)<br>) |
| v. | )<br>) Civil Action No. 18-21876-Civ-Scola |
| Branch Banking & Trust Company, Defendant. | )<br>)<br>) |

## Order of Dismissal

The parties have dismissed this case in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal, ECF No. 46.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** at Miami, Florida, on March 25, 2019.

_____
Robert N. Scola, Jr.
United States District Judge